UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-23616-GAYLES

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MARIEVA BRICENO,**
**a/k/a Marieva Briceno de Sanchez,**
**a/k/a Marieva Briceno Betancourt,**
**a/k/a Marieva Briceno de Hernandez**,

    Defendant.
_____/

**CONSENT JUDGMENT REVOKING NATURALIZATION**

The Court having considered the Complaint filed by the United States of America ("United States") against Marieva Briceno, a/k/a Marieva Briceno de Sanchez, a/k/a Marieva Briceno Betancourt, a/k/a Marieva Briceno de Hernandez ("Defendant"), and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the Parties having filed a Joint Motion for Entry of Consent Judgment Revoking Naturalization ("Joint Motion"), [ECF No. 9]; and Defendant having admitted that she illegally procured her naturalization as described in Counts One and Three of the Complaint and Joint Motion; it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

    1.    The Joint Motion for Entry of Consent Judgment Revoking Naturalization [ECF No. 9] is **GRANTED**;

    2.    In accordance with the Joint Motion, judgment is **ENTERED** in favor of the United States and against Defendant;

3. The Court **FINDS** and **DECLARES** that Defendant illegally procured her U.S. citizenship;

4. The order admitting Defendant to U.S. citizenship is **REVOKED** and **SET ASIDE**, effective as of the original date of the order, March 19, 2010;

5. Certificate of Naturalization No. 32971489 is **CANCELED**, effective as of the original date of the certificate, March 19, 2010;

6. Defendant is forever **RESTRAINED** and **ENJOINED** from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of her March 19, 2010, naturalization;

7. Defendant shall, within ten days of this Order, surrender and deliver her Certificate of Naturalization and any copies thereof in her possession—and to make good faith efforts to recover and immediately surrender any copies thereof that she knows are in the possession of others—to Counsel for the United States in this matter;

8. Defendant shall, within ten days of this Order, surrender and deliver any other indicia of U.S. citizenship (including, but not limited to, U.S. passports, passport cards, and Enhanced Drivers Licenses, whether valid or expired), and any copies thereof in her possession—and to make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession of others—to Counsel for the United States in this matter;

9. The Parties, including Defendant personally, shall appear in person for a compliance hearing on <u>December 9, 2025, at 2:00 pm</u> before United States District Judge Darrin Gayles in Courtroom 11-1 of the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Miami, FL. At the compliance hearing, Defendant must demonstrate that she has complied with this Judgment, unless Plaintiff provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

      10.    This case is closed for administrative purposes only.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Monday, November 17, 2025.**

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE